IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–03160–CMA–KMT


IRONSTONE CONDOMINIUMS ASSOCIATION AT STROH RANCH OWNERS
ASSOCIATION, INC. a/k/a IRONSTONE CONDOMINIUM ASSOCIATION AT STROH
RANCH, a non-profit Colorado corporation,

     Plaintiff,

v.

PEERLESS INDEMNITY INSURANCE COMPANY, an Illinois Corporation,

     Defendant.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Unopposed Motion to Modify Scheduling Order" (Doc. No. 23, filed June 28, 2013)
is GRANTED.  For good cause shown, *see* Fed. R. Civ. P. 16(b)(4), the Scheduling Order is
amended as follows:

    –Plaintiff shall designate all experts and provide opposing counsel with all
    information specified in Fed. R. Civ. P. 26(a)(2) on or before September 23, 2013.

    –Defendant shall designate all experts and provide opposing counsel with all
    information specified in Fed. R. Civ. P. 26(a)(2) on or before November 7, 2013.

    –The parties shall designate all rebuttal experts and provide opposing counsel
    with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December
    5, 2013.

    –The Discovery Cut-off is extended to December 30, 2013.  All written
    interrogatories, requests for production, and/or requests for admissions shall be
    served no later than 33 days before the Discovery Cut-off.

    –The Dispositive Motions Deadline is extended to February 3, 2014.

–The Final Pretrial Conference set for January 21, 2014 is VACATED and RESET for April 7, 2014 at 9:30 a.m.  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the Final Pretrial Conference.

Dated: July 1, 2013