# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-03160-CMA-KMT | Date: | November 26, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

IRONSTONE CONDOMINIUMS AT STROH RANCH   Stuart Anderson
OWNERS ASSOCIATION, INC. a/k/a IRONSTONE
CONDOMINIUM ASSOCIATION AT STROH
RANCH, a non-profit Colorado corporation,

   Plaintiff,

v.

PEERLESS INDEMNITY INSURANCE COMPANY,   Hilary Wells
an Illinois Corporation,   Lyndsay Arundel
                                                                                                                         Troy Olsen

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:35 p.m.   Court in session.**

Court calls case. Appearances of counsel.

Also present in the courtroom, Mark McGroarty and Ron Meyer. The Court notes Mr. McGroarty is here by court order and therefore there can be no violation of the state protective order regarding his proximity to Ron Meyer or other residents of the Plaintiff condos who are in the courtroom voluntarily.

Mark McGroarty called as a witness and sworn.

1:40 p.m.   Direct examination of Mr. McGroarty by Mr. Anderson.

Plaintiff's Exhibits 1, 2, 3, and 5 admitted.

Court's comments and questions to Mr. McGroarty.

Mr. McGroarty tenders exhibits to the Court. The Court has marked those exhibits McG1 and McG2.

2:04 p.m.   Further examination of Mr. McGroarty by Mr. Anderson.

**ORDERED:   The Court continues the deposition and subpoena issued to Mark McGroarty. Mr. McGroarty is directed to appear for his deposition set for December 16, 2013 at 9:00 a.m.**

**ORDERED:   Mark McGroarty's Exhibit McG1 shall be filed under Level 1 restriction.**

2:42 p.m.   Court in recess.
2:54 p.m.   Court in session.

**ORDERED:   Plaintiff's Notice of Application and Application for Order to Show Cause Why a Contempt Citation Should Not Issue to Mark McGroarty [53] is TAKEN UNDER ADVISEMENT.**

Discussion regarding pre-litigation privilege documents, privilege log with respect to reserve information, valuation information, adjuster work product, and attorney/client privilege.

Plaintiff's Exhibit 9, 10, and 12 admitted.

Ms. Wells states Defendant is withdrawing their claim of work product privilege with respect to documents prior to December 4, 2012.

**ORDERED:   Plaintiff's Motion to Compel Disclosure of Alleged Privileged Documents from Defendant [70] is HELD IN ABEYANCE. Defendants are directed to produce documents for in camera review contained on the privilege log regarding a combination of reserve information and valuation information on or before December 3, 2013. Defendants are also directed to modify their privilege log with respect to the entry identified as ECN 16, as stated on record. The motion is DENIED as to documents designated individually as attorney/client privileged and as to those marked as reserve information.**

**4:56 p.m.   Court in recess.**

Hearing concluded.
Total in-court time    03:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.