**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03160-CMA-KMT

IRONSTONE CONDOMINIUMS ASSOCIATION AT STROH RANCH OWNERS
ASSOCIATION, INC., a/k/a IRONSTONE CONDOMINIUM ASSOCIATION AT
STROH RANCH, a non-profit Colorado corporation,

      Plaintiff,

v.

PEERLESS INDEMNITY INSURANCE COMPANY, an Illinois corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 173), signed by the attorneys for the parties hereto, it is hereby

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

      DATED:  December 12, 2014

                               BY THE COURT:

                               _____
                               CHRISTINE M. ARGUELLO
                               United States District Court Judge